**DISMISS and Opinion Filed August 30, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00535-CV**

**WILLIAM LEWIS AND TAMBRA LEWIS, Appellants**
**V.**
**AMNA BAHARA, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-02395-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

Appellants' brief in this appeal is overdue. By postcard dated August 9, 2024, we informed appellants their brief was overdue and directed appellants to file a brief within ten days. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellants have not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240535F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

WILLIAM LEWIS AND TAMBRA
LEWIS, Appellants

No. 05-24-00535-CV     V.

AMNA BAHARA, Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-24-02395-
D.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Carlyle participating.

     In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered August 30, 2024